UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINTON FROST,<br><br>        Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>        Defendant. | Case No. 18-cv-00871-HSG<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO TRANSFER**<br><br>Re: Dkt. No. 6 |

Having reviewed Plaintiff's February 26, 2018 motion to transfer this case to another judge, the Court hereby DENIES the motion. *See* Dkt. No. 6. The Court also finds no basis for recusal in this matter.

**IT IS SO ORDERED.**

Dated: 3/6/2018

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge