UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINTON FROST,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>　　　　Defendant. | Case No. 18-cv-00871-HSG<br><br>**ORDER DENYING PLAINTIFF'S REQUEST FOR REDUCED COURT FEE OR INSTALLMENT AGREEMENT OR ALTERNATIVELY TO TRANSFER CASE**<br><br>Re: Dkt. No. 14 |

　　　　Having reviewed Plaintiff's April 26, 2018 request for reduced filing fees or, alternatively, to transfer the case, the Court hereby DENIES the request. *See* Dkt. No. 14.

　　　　**IT IS SO ORDERED.**

Dated: 4/27/18

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　United States District Judge