# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINTON FROST,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>    Defendant. | Case No. 18-cv-00871-HSG<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

On April 24, 2018, the Court denied Plaintiff Vinton Frost's motion to proceed *in forma pauperis* for failure to state a claim upon which relief can be granted, and ordered Plaintiff to pay the $400 filing fee by May 8, 2018 if he wished to proceed with the case. Dkt. No. 12. The Court made clear in its order that failure to adhere to this deadline would result in the dismissal of this action without prejudice. *Id.* at 3. Because Plaintiff did not pay the filing fee by the deadline, this action is dismissed without prejudice. The Clerk is directed to close the case.

**IT IS SO ORDERED.**

Dated: 5/9/2018

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge