UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINTON FROST,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>    Defendant. | Case No. 18-cv-00871-HSG<br><br>**ORDER DENYING PLAINTIFF'S REQUEST FOR STAY**<br><br>Re: Dkt. No. 18 |

On May 9, 2018, the Court dismissed this case without prejudice. On May 11, 2018, Plaintiff filed a "request for stay." Dkt. No. 18. Because the case is closed, the Court will not accept any further filings in this matter. Plaintiff's request is **DENIED**.

**IT IS SO ORDERED.**

Dated: 5/15/2018

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge