UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINTON FROST,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>    Defendant. | Case No. 18-cv-00871-HSG<br><br>**ORDER DENYING LEAVE TO PROCEED ON APPEAL IN FORMA PAUPERIS**<br><br>Re: Dkt. Nos. 24, 25 |

On May 16, 2018, Plaintiff Vinton Frost filed a notice of appeal of this Court's May 9, 2018 judgment. Dkt. No. 21. On May 21, 2018, Mr. Frost filed an application to proceed on appeal *in forma pauperis* ("IFP"). Dkt. No. 24. The application says that the basis of the appeal is that "this case was not randomly assigned," in violation of the Court's General Orders. *Id.* The Court **DENIES** IFP status as the appeal is frivolous, and thus not taken in good faith. *See* 28 U.S.C. §§ 1915(a)(3), (e)(2)(B)(i).

**IT IS SO ORDERED.**

Dated: 8/17/2018

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge